**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Anthony WILLIAMS, a/k/a Black Mikey, Defendant–Appellant.**

**No. 15–6472.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2015.

Decided: July 20, 2015.

Robert Anthony Williams, Appellant Pro Se.

Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, GREGORY, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Anthony Williams appeals the district court's order granting his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 4:07–cr–00144– RAJ–JEB–1 (E.D.Va. Mar. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*